# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Keenan, Barbara M. | 2. Court or Organization<br><br>U.S. Court of Appeals, 4th Circuit | 3. Date of Report<br><br>05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>1100 East Main Street<br>Richmond, VA 23219 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010 | Commonwealth of Virginia Defined Benefit Retirement Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Retirement Income - Commonwealth of Virginia | $151,363.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Virginia Retirement System - Monthly Payment |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America-Bank Accounts | A | Interest | O | T | | | | | |
| 2. BB&T -Bank Accounts | A | Interest | M | T | | | | | |
| 3. Rental Property #1: Jefferson County, WV | A | Rent | M | W | | | | | |
| 4. Rental Property #2: Jefferson County, WV | C | Rent | P1 | W | | | | | |
| 5. Trust Account #1 (H) | | | | | | | | | |
| 6. Wells Fargo Sweep Account (cash account) | A | Interest | J | T | | | | | |
| 7. Cisco Systems-common stock (CSCO) | C | Dividend | M | T | | | | | |
| 8. Coca Cola Corp.-common stock (KO) | A | Dividend | K | T | | | | | |
| 9. Freeport McMoran-common stock (FCX) | | None | K | T | | | | | |
| 10. Glaxo SmithKline-common stock (GSK) | A | Dividend | J | T | | | | | |
| 11. Merk & Co.-common stock (MRK) | B | Dividend | L | T | | | | | |
| 12. Pfizer Inc.-common stock (PFE) | D | Dividend | M | T | | | | | |
| 13. Time Warner Inc.-common stock (TWX) | B | Dividend | L | T | | | | | |
| 14. Express Scripts Hldg. Co. (ESRX) | | None | J | T | | | | | |
| 15. Dominion Resources - common stock (D) | D | Dividend | M | T | | | | | |
| 16. Time Inc. (TIME) | A | Dividend | J | T | | | | | |
| 17. Charter Communications Inc A (CHTR) | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amer Balanced FD CL A (ABALX) | C | Dividend | M | T | | | | | |
| 19. Capital Income BLDR Cl A (CAIBX) | B | Dividend | K | T | | | | | |
| 20. Capital World Bond FD CL A (CWBFX) | A | Dividend | K | T | | | | | |
| 21. Capital World Growth & Income FD Inc Class A (CWGIX) | B | Dividend | K | T | | | | | |
| 22. Income Fund Amer Inc Class A (AMECX) | B | Dividend | K | T | | | | | |
| 23. Short Term Bond Fd Amer Inc Shares Class A (ASBAX) | B | Dividend | N | T | | | | | |
| 24. Brokerage Account #1 (H) | | | | | | | | | |
| 25. Wells Fargo Sweep Account (cash account) | A | Interest | J | T | | | | | |
| 26. SPDR S&P 500 ETF Trust (SPY) | B | Dividend | L | T | | | | | |
| 27. SSGA Active Multi Asset Fund (RLY) | A | Dividend | J | T | | | | | |
| 28. Financial Invs TR Listed Private Equity (LPEIX) | A | Dividend | J | T | | | | | |
| 29. Vanguard INTL EQTY ET Index FDS FTSE ALL WORLD (VEU) | A | Dividend | K | T | | | | | |
| 30. Vanguard Total Bond Market Per Advisor (BND) | A | Dividend | J | T | | | | | |
| 31. Amer Balanced FD CL A (ABALX) | A | Dividend | K | T | | | | | |
| 32. Capital Income BLDR Cl A (CAIBX) | A | Dividend | J | T | | | | | |
| 33. Trust for Professional Managers Marketfield Fund Class I (MFLDX) | | None | J | T | | | | | |
| 34. Brokerage Account #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo Sweep Account (cash account) | A | Interest | P1 | T | | | | | |
| 36. Coca Cola Co.-common stock (KO) | A | Dividend | K | T | | | | | |
| 37. General Electric-common stock (GE) | B | Dividend | K | T | | | | | |
| 38. Intel Corp.-common stock (INTC) | B | Dividend | L | T | | | | | |
| 39. IBM-common stock (IBM) | B | Dividend | K | T | | | | | |
| 40. Pfizer Inc.-common stock (PFE) | C | Dividend | M | T | | | | | |
| 41. Dominion Resources - common stock (D) | D | Dividend | M | T | | | | | |
| 42. SPDR S&P ETF Trust (SPY) | B | Dividend | L | T | | | | | |
| 43. SSGA Active Multi Asset (RLY) | A | Dividend | J | T | | | | | |
| 44. Vanguard Total Bond Market (BND) | A | Dividend | K | T | | | | | |
| 45. Vanguard INTL EQTY EETF Index FDS FTSE ALL WORLD (VEU) | A | Dividend | K | T | | | | | |
| 46. Financial INVS TR Listed Private Equity ED (LPEIX) | A | Dividend | J | T | | | | | |
| 47. American Funds Inflation Linked Bond Fun Cl A (BFIAX) | A | Dividend | K | T | | | | | |
| 48. American FDS Global Balanced FD CL A (GBLAX) | C | Dividend | M | T | | | | | |
| 49. Amer Mutual FD Inc A (AMRMX) | C | Dividend | L | T | | | | | |
| 50. Fundamental INVS Inc Class A (ANCFX) | D | Dividend | L | T | | | | | |
| 51. Trust for Professional Managers Marketfield Fund Class 1 (MFLDX) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. US Treasury Bill (912796KR9) | | None | | | Buy | 07/17/17 | P1 | | |
| 53. | | | | | Redeemed | 10/12/17 | P1 | B | |
| 54. | | | | | Buy | 10/18/17 | P1 | | |
| 55. | | | | | Redeemed | 12/21/17 | P1 | B | |
| 56. Trust Account #2 (H) | | | | | | | | | |
| 57. Wells Fargo Sweep (cash account) | A | Interest | L | T | | | | | |
| 58. Altria Group - common stock (MO) | A | Dividend | K | T | | | | | |
| 59. Boeing Co. - common stock (BA) | A | Dividend | K | T | | | | | |
| 60. British American Tob PLC ADR (BTI) | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 61. Cisco Systems Inc. - common stock (CSCO) | A | Dividend | J | T | | | | | |
| 62. Freeport - McMoran Copper and Gold inc. - common stock (FCX) | | None | K | T | | | | | |
| 63. General Electric Co. - common stock (GE) | A | Dividend | K | T | | | | | |
| 64. Hewlett-Packard Co. - common stock (HPE) | A | Dividend | J | T | | | | | |
| 65. HP Inc (HPQ) (X) | A | Dividend | J | T | | | | | |
| 66. IBM - common stock (IBM) | A | Dividend | J | T | | | | | |
| 67. Kraft Food Group - common stock (KHC) | A | Dividend | J | T | | | | | |
| 68. Marriott Int'l - common stock (MAR) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Marriott Vacations Worldwide Corp. - common stock (VAC) | A | Dividend | J | T | | | | | |
| 70. Merck & Co. - common stock (MRK) | A | Dividend | J | T | | | | | |
| 71. Mondelez Int'l Inc. - common stock (MDLZ) | A | Dividend | J | T | | | | | |
| 72. Mylan Inc. - common stock (MYL) | | None | J | T | | | | | |
| 73. Pfizer - common stock (PFE) | E | Dividend | P1 | T | | | | | |
| 74. Philip Morris International - common stock (PM) | B | Dividend | K | T | | | | | |
| 75. Reynolds American Inc. - common stock | A | Dividend | | | Sold | 07/25/17 | J | B | |
| 76. Time Warner Inc. - common stock (Y) | | | | | | | | | |
| 77. 3 M Co. - common stock (MMM) | A | Dividend | K | T | | | | | |
| 78. MFS Municipal - Open End Mutual Fund (MMIDX) | C | Dividend | L | T | | | | | |
| 79. Touchtone FDS Group TR Ultra Short Duration (SSSGX) | A | Dividend | K | T | | | | | |
| 80. Eaton Vance Senior -Floating Rate Fund - Closed End Mut. (EFR) | A | Dividend | J | T | | | | | |
| 81. Federal Premier Municipal Income Fund (FMN) | A | Dividend | J | T | | | | | |
| 82. Amer Balanced FD CL A (ABALX) | D | Dividend | M | T | | | | | |
| 83. Capital World Bond FD (CWBFX) | B | Dividend | L | T | | | | | |
| 84. Capital World Growth & Income Fd Inc (CWGIX) | D | Dividend | M | T | | | | | |
| 85. Brokerage Account #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | L | T | | | | | |
| 87. SSGA Active Multi Asset Real Return (RLY) | A | Dividend | J | T | | | | | |
| 88. Vanguard INTL EQTY EETF Index FDS FTSE ALL WORLD (VEU) | A | Dividend | J | T | | | | | |
| 89. Vanguard Total Bond Mkt Per Advisor (BND) | A | Dividend | K | T | | | | | |
| 90. Financial INVS TR Listed Private Equity ED (LPEIX) | A | Dividend | J | T | | | | | |
| 91. Capital World Growth & Income Fd Inc (CWGIX) | A | Dividend | J | T | | | | | |
| 92. Trust for Professional Managers Marketfield Fund Class I (MFLDX) | | None | J | T | | | | | |
| 93. VIRGINIA CASH MATCH PLAN 401(A) #1 (H) | | | | | | | | | |
| 94. VRS Stock Fund | | None | J | T | | | | | |
| 95. COMMONWEALTH OF VA 457 DEFERRED COMP PLAN #1 (H) | | | | | | | | | |
| 96. VRS Inflation-Protected Bond Fund | | None | L | T | | | | | |
| 97. VRS Stock Fund | | None | M | T | | | | | |
| 98. VRS Small/Mid-Cap Stock Fund | | None | K | T | | | | | |
| 99. VRS International Stock Fund | | None | M | T | | | | | |
| 100. VIRGINIA CASH MATCH PLAN 401(A) #2 (H) | | | | | | | | | |
| 101. VRS Stock Fund | | None | J | T | | | | | |
| 102. COMMONWEALTH OF VA 457 DEFERRED COMP PLAN #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  VRS Inflation-Protected Bond Fund | | None | L | T | | | | | |
| 104.  VRS Stock Fund | | None | M | T | | | | | |
| 105.  VRS Small/Mid-Cap Stock Fund | | None | L | T | | | | | |
| 106.  VRS International Stock Fund | | None | M | T | | | | | |
| 107.  Brokerage Account #4 (H) | | | | | | | | | |
| 108.  American FDS Portfolio Growth & Income Fund Class A (GAIOX) | B | Dividend | K | T | Sold (part) | 10/18/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2: Consolidation of lines 2, 122, and 123 of the 2016 report.

Part VII, lines 3: Appraisal 2009; ownership interest is 25%.

Part VII, lines 4: Appraisal 2009; ownership interest is 33.3%.

Part VII, line 79: Corporate name change, corresponds with line 87 of 2016 report.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara M. Keenan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544